Jon M. Sands
Federal Public Defender
District of Arizona
Jennifer Y. Garcia (AZ No. 021782)
Sonia L. Fleury (CA No. 298534)
Assistant Federal Public Defenders
250 North 7th Avenue, Suite 600
Phoenix, AZ 85007
Telephone: (602) 382-2816
Jennifer_Garcia@fd.org
Sonia_Fleury@fd.org

Attorneys for Plaintiff-Appellant

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

| | |
|---|---|
| Juan Raul Navarro Ramirez, | **Motion to Reschedule Oral Argument** |
| Petitioner-Appellant, | Case No. 25-70010 |
| vs. | |
| | District Court Case No. 7:18-cv-00386 |
| Eric Guerrero, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | Death Penalty Case |
| Respondent-Appellee. | |

Petitioner-Appellant Juan Navarro Ramirez is seeking a certificate of appealability in this case and the Court scheduled oral argument on his application on May 20, 2026. (ECF No. 69.) Mr. Ramirez respectfully moves the Court, pursuant to Federal Rule of Appellate Procedure 34(b) and Fifth Circuit Rules 34.2 and 34.6, to reschedule the oral argument date. Mr. Ramirez's lead counsel Jennifer Y. Garcia represents a client in Arizona with an anticipated execution date of May 20, 2026, demonstrating both good cause and extraordinary circumstances for this request. Assistant Attorney General Lucas Wallace,

1

counsel for Respondent-Appellee, indicated that Respondent-Appellee takes no position on this motion.

**Argument**

In Arizona, when the state attorney general gives notice to the Arizona Supreme Court and opposing counsel that an execution date will be requested for a specific prisoner, the court will schedule dates in advance for the warrant briefing, the date the court will conference the motion, and the anticipated execution date. This process is necessary to ensure that the attorney general's office can comply with a settlement reached in federal court regarding the lethal injection process and that the compounded pentobarbital that will be used in the execution is not beyond its projected use date. Mr. Ramirez's lead counsel Ms. Garcia represents Leroy McGill, an Arizona death-row prisoner who has exhausted his initial round of appeals.[1] The state attorney general has indicated its intent to ask for a warrant of execution for Mr. McGill, and the anticipated execution date is May 20, 2026, just a few days after the oral argument scheduled in this case.

Counsel for Mr. Ramirez is well aware that the Court does not regularly reschedule oral arguments and that the Court must find good cause to do so. 5th Cir. R. 34.6 (noting that "Only the court may delay argument for good cause shown. Engagement of counsel in other courts ordinarily is not considered good cause."). Because the execution of a client is a uniquely difficult and time-consuming event, counsel respectfully requests that the Court find good cause to reschedule the oral argument here to a date after the May 20,

---

[1] Co-counsel Sonia Fleury is unavailable to handle the argument in Ms. Garcia's stead due to previously scheduled international travel.

2026, execution and with sufficient time for counsel to prepare adequately for the argument. Ms. Garcia is the sole lawyer assigned to Mr. McGill's case and she has represented him since 2012. She is currently devoting extraordinary time to end-stage briefing and litigation, possible clemency proceedings, client visitation, and other end-stage duties that make it impossible to also prepare for and argue Mr. Ramirez's case on May 20, 2026.

### Conclusion

For the preceding reasons, counsel for Mr. Ramirez respectfully requests that the Court find good cause and reschedule the oral argument to a date after May 20, 2026, allowing a sufficient amount of time for counsel to prepare for the argument.

Respectfully submitted this 25th day of February, 2026.

Jon M. Sands
Federal Public Defender
Jennifer Y. Garcia
Sonia Fleury

/s/ Jennifer Y. Garcia
Attorney for Petitioner-Appellant
Arizona Bar No. 021782
250 N. 7th Avenue, Suite 600
Phoenix, AZ 85007
Telephone: (602) 382-2816
Jennifer_Garcia@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2026, I electronically filed the foregoing to the Clerk's Office by Using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

/s/ Daniel Juarez
Assistant Paralegal
